UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

The Estate of A. Cary Harrison, III,　　　　　　　　CASE NO. 8:08-bk-07002-KRM

　　Debtor in a foreign proceeding,

_____ /

## ORDER GRANTING
## PETITION FOR RECOGNITION OF FOREIGN Main PrOCEEDING

This matter came before the Court for hearing on July 9, 2008, upon the Motion for Order Granting Petition for Recognition of Foreign Main Proceeding (the "Motion") of S.J. Williams of Begbies Traynor, LLP, the duly appointed trustee of the insolvency estate of A. Cary Harrison, III (the "Trustee"), pursuant to Sections 1504, 1515 and 1517 of title 11 of title 11 of the United States Code (Docket Number 2), for entry of an order recognizing the insolvency administration order adjudicating the estate of A. Carry Harrison, III (the "Debtor"), bankrupt as a foreign main proceeding; and service and notice of the Motion having been sufficient; and after due deliberation and sufficient cause appearing therefor, it is hereby

　　ORDERED that:

　　1.　　The Motion is granted.

　　2.　　The insolvency estate of A. Cary Harrison, III, currently pending in the *High Court of Justice in Bankruptcy* (Case No. 3963-2007) in London, England (the "English Administration") is entitled to recognition by this Court pursuant to the Petition for Recognition of Foreign Main Proceeding (Docket Number 1) and Section 1517, and is hereby granted recognition pursuant to Section 1517(a).

　　3.　　The English Administration is hereby given full force and effect and is binding on and enforceable in the United States against all persons and entities.

ORLDOCS 11185585 1

4. The Trustee is entitled to all relief provided pursuant to Section 1520, and is hereby granted such relief.

5. The Trustee is entitled to all relief expressly set forth in Section 1521, and is hereby granted such relief.

6. Any and all actions to execute against the assets of the Debtor's estate are hereby stayed, and the Trustee is hereby entrusted with the administration and/or realization of the assets of the Debtor's estate located in the United States.

7. Mr. Randolph C. Harrison is hereby prohibited from transferring, encumbering, dissipating or otherwise disposing of any assets of the Debtor's estate, without further order of this Court.

8. Mr. Randolph C. Harrison is hereby ordered to cooperate with the Trustee in all respects, including, but not limited to, providing information concerning assets, transfers, affairs, rights, obligations, and/or liabilities of the Debtor's estate.

9. The Trustee is hereby authorized to examine any witnesses, including, but not limited to, the deposition of Mr. Randolph C. Harrison, take any and all evidence and receive the delivery of information concerning assets, transfers, affairs, rights, obligations and/or liabilities of the Debtor's estate.

10. The relief granted herein is without prejudice to the right of the Trustee to seek additional relief available under Section 1521 or otherwise available under the Bankruptcy Code.

11. The Trustee is hereby authorized to take actions reasonably necessary and required to carry out the intent and purpose of this Order.

12. This Court retains jurisdiction over the interpretation and/or any dispute relating or arising under this Order.

DONE AND ORDERED in Tampa, Florida on JUL 1 0 2008.

The Honorable K. Rodney May
UNITED STATES BANKRUPTCY JUDGE

-2-
ORLDOCS 11185585 1