# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In Re:

THE ESTATE OF A. CARY HARRISON, III,          Case No. 8:08-bk-07002-KRM

     Debtor in a foreign proceeding,

_____/

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION TO MODIFY OR TERMINATE ORDER GRANTING
## PETITION FOR RECOGNITION OF FOREIGN MAIN PROCEEDING

This matter came before the Court for hearing on ~~March 31,~~ *April 17,* 2009, upon the Motion to

Modify or Terminate Order Granting Petition for Recognition of Foreign Main Proceeding (the

"Motion") of Randolph C. Harrison, individually and as personal representative of the Florida

probate estate of A. Cary Harrison, III, pursuant to Section 1517 of title 11 of the United States

Code (Doc. No. 15), for entry of an order modifying or terminating this Court's Order Granting

Petition for Recognition of Foreign Main Proceeding; and service and notice of the Motion

having been sufficient; and after due deliberation and sufficient cause appearing therefore, it is

hereby

ORDERED that:

1.    The Motion is granted in part and denied in part.

2.    S.J. Williams of Begbies Traynor, LLP, is the duly appointed trustee (the "Trustee") of the insolvency estate of A. Cary Harrison, III, currently pending in the *High Court of Justice in Bankruptcy* (Case No. 3963-2007) in London, England (the "English Administration"). The English Administration is entitled to recognition by this Court pursuant to the Petition for Recognition of Foreign Main Proceeding (Doc. No. 1) and Section 1517, and is hereby granted recognition pursuant to Section 1517(a).

3.    The English Administration is hereby given full force and effect and is binding on and enforceable in the United States against all persons and entities.

4.    The Trustee is entitled to all relief provided pursuant to Section 1520, and is hereby granted such relief.

5.    The Trustee is entitled to all relief expressly set forth in Section 1521, and is hereby granted such relief.

6.    The Trustee is hereby authorized to examine any witnesses, including, but not limited to, the deposition of Mr. Randolph C. Harrison, take any and all evidence and receive the delivery of information concerning assets, transfers, affairs, rights, obligations and/or liabilities of the Debtor's estate.

7.    The relief granted herein is without prejudice to the right of the Trustee to seek additional relief available under Section 1521 or otherwise available under the Bankruptcy Code.

8.    The Trustee is hereby authorized to take actions reasonably necessary and required to carry out the intent and purpose of this Order.

9.    This Court retains jurisdiction over the interpretation and/or any dispute relating or arising under this Order.

DONE AND ORDERED in Tampa, Florida on _May 20, 2009_.

The Honorable K. Rodney May
UNITED STATES BANKRUPTCY JUDGE

Copies to:

**Damien H. Prosser, Esq.,** 300 S. Orange Avenue, Suite 1000, Orlando, FL 32801;

**Peter H Levitt, Esq.,** 201 South Biscayne Blvd., Suite 1500, Miami, FL 33131; and

**Michael C Markham, Esq.,** Post Office Box 1368, Clearwater, FL 33757.

ORLDOCS 11477410 1

- 2 -